United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

SEP 1 3 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA for the use of | § | |
| Sunbelt Express Services, Inc. | § | |
| | § | CIVIL ACTION NO. **B-01-154** |
| | § | |
| VS. | § | |
| | § | |
| FEDERAL INSURANCE COMPANY | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

### TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff presents this Original Complaint and would show as follows:

1.     <u>Jurisdiction</u>.     This Court has original and exclusive jurisdiction of this case by virtue of 40 U.S.C. § 270b(b), which requires that every suit under said statute "shall be brought in the name of the United States for the use of the person suing, in the United States Court for any district in which the contract is to be performed and executed and not elsewhere, irrespective of the amount in controversy..."

2.     <u>Parties</u>. Plaintiff, Sunbelt Express, Inc. is a Texas Corporation.  Plaintiff brings this suit in the name of the United States for the use of Plaintiff as provided in 40 U.S.C. § 270b(b).

Defendant Federal Insurance Company is a corporation  organized under the laws of Indiana, with its principal place of business in New Jersey.  Defendant does not have a registered agent in the state of Texas, and therefore service of process may be obtained by delivering same to the Secretary of State of the State of Texas.

3.     <u>Contract and Bond</u>. On September 27, 2000, M W Builders entered into a contract with the United States Government for the construction of a Border Patrol Station building at Brownsville, Texas. Sunbelt Express, Inc., provided a payment bond as required by 40 U.S.C. § 270a, <u>et seq</u> (the "Miller Act"). Defendant M W Builders, Inc., is the surety on the bond.  A copy of the bond is attached as Exhibit "A" and is incorporated by reference.

4.     <u>Subcontract;Performance</u>.  On February 22, 2001, February 23, 2001, February 26, 2001, February 27, 2001, February 28, 2001, March 13, 2001, March 27, 2001, and May 3, 2001, Plaintiff entered into a subcontract (the "subcontract") with M W Builders, Inc. to perform a portion of the work required by the Prime Contract.  A true and correct copy of the subcontract is attached as Exhibit "B" and is incorporated by reference.  Plaintiff proceeded to perform its obligations under the contract.  Despite timely and proper performance by Plaintiff, M W Builders failed to pay Plaintiff as required by the contract.  All conditions precedent to Plaintiff's recovery have been satisfied or have been performed.

5.     <u>First Cause of Action: Breach of Contract</u>. M W Builders, Inc., has breached its contract with Plaintiff by failing to pay Plaintiff for labor and materials furnished by Plaintiff in the prosecution of the contracts.  As a result of said breach of contract, Plaintiff has been damaged in the amount of $11,943.00 (on

the contract). Plaintiff is entitled to recover this amount from Defendant as Surety on the bond pursuant to 40 U.S.C. § 270b(a). Plaintiff has satisfied all conditions precedent to suit.

6.    <u>Prayer</u>. Plaintiff prays that:

a.    Defendant be cited to appear and answer;

b.    That Plaintiff be granted judgment against Defendant for $11,943.00, on the transportation contract together with interests as allowed by law and all costs of Court; and that Plaintiff recover general relief.

Respectfully submitted,

McCullough and McCullough
P O. Box 2244
Harlingen, TX 78551-2244
(956) 423-1234
(956) 423-4976 Fax

By:_____
Gene McCullough
Attorney for Plaintiff
State Bar No. 00794267

*Plaintiff's Original Complaint - Page 2*

# PAYMENT BOND
*(See Instructions on rever.*

| LATE BOND EXECUTED (Must b : or later than date of contract) | FORM APPROVED OMB NO. 9000-0045 |
|---|---|
| 1  03/00 | |

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition Policy, GSA, Washington, D.C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0045), Washington, D.C. 20503.

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ('X' one) | |
|---|---|---|
| M W Builders, Inc.<br><br>1701 N. General Bruce Drive<br>Temple, Texas 76504 | ☐ INDIVIDUAL    ☐ PARTNERSHIP<br>☐ JOINT VENTURE    ☒ CORPORATION | |

STATE OF INCORPORATION
Missouri

| SURETY(IES) (Name and business address) | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| Federal Insurance Company<br>15 Mountain View Road, P.O. Box 1615<br>Warren, New Jersey 07061-1615 | 7 | 334 | 500 | 00 |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| 09/27/00 | GS-07P-00-UJC-5004 |

## OBLIGATION:

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum  "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

## CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that are subsequently made.  Notice of those modifications to the Surety(ies) are waived.

## WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.



| | PRINCIPAL | | |
|---|---|---|---|
| Signature(s) | 1. | 2. (Seal) | (Seal)  *Corporate Seal* |
| Name(s) & Title(s) (Typed) | 1. Patrick H. Thomas, President | 2. | |

| | INDIVIDUAL  SURETY(IES) | | |
|---|---|---|---|
| Signature(s) | 1. | 2. (Seal) | (Seal) |
| Name(s) (Typed) | 1. | 2. | |

| | CORPORATE  SURETY(IES) | | |
|---|---|---|---|
| Name & Address | Federal Insurance Company<br>Warren, NJ | STATE OF INC.  Indiana    LIABILITY LIMIT  $    100% | *Corporate Seal* |
| Signature(s) | 1. | 2. | |
| Name(s) & Title(s) (Typed) | 1. James C. Patald1, Attorney-In-Fact | 2. | |

NSN 7540-01-152-8061
PREVIOUS EDITION NOT USABLE

EXPIRATION DATE: 09-30-99     25-205

STANDARD FORM 25-A    (REV
Prescribed by GSA -- FAR (48 CFR 53.

# PERFORMANCE BOND
### (See Instructions on reverse)

| DATE BOND EXECUTED (Must be same or later than date of contract) | FORM APPROVED OMB NO. 9000-0045 |
|---|---|
| 09/29/00 | |

Reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of the collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition Policy, GSA, Washington, D.C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0045), Washington, D.C. 20503.

**PRINCIPAL** (Legal name and business address)

M W Builders, Inc.

1701 N. General Bruce Drive
Temple, Texas 76504

**TYPE OF ORGANIZATION** ("X" one)

| | |
|---|---|
| ☐ INDIVIDUAL | ☐ PARTNERSHIP |
| ☐ JOINT VENTURE | ☒ CORPORATION |

**STATE OF INCORPORATION**
Missouri

**SURETY(IES)** (Name and business address)

Federal Insurance Company
15 Mountain View Road, P.O. Box 1615
Warren, New Jersey 07061-1615

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 7 | 334 | 500 | 00 |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| 09/27/00 | GS-07P-00-UJC-5004 |

**OBLIGATION:**

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The Principal has entered into the contract identified above.

**THEREFORE:**

The above obligation is void if the Principal -

(a) (1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) perform and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to the Miller Act, 40 U.S.C. 270a-270e), which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

**WITNESS:**

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

| PRINCIPAL | | | |
|---|---|---|---|
| Signature(s) | 1. (Seal) | 2. (Seal) | Corporate Seal |
| Name(s) & Title(s) (Typed) | 1. Patrick H. Thomas, President | 2. | |

| INDIVIDUAL SURETY(IES) | | | |
|---|---|---|---|
| Signature(s) | 1. (Seal) | 2. (Seal) | |
| Name(s) (Typed) | 1. | 2. | |

| CORPORATE SURETY(IES) | | | | |
|---|---|---|---|---|
| Name & Address | Federal Insurance Company Warren, NJ | STATE OF INC. Indiana | LIABILITY LIMIT $ 100% | Corporate Seal |
| Signature(s) | 1. | 2. | | |
| Name(s) & Title(s) (Typed) | 1. James C. Patoidl, Attorney-In-Fact | 2. | | |

7540-01-152-8061
PREVIOUS EDITION NOT USABLE

EXPIRATION DATE: 09-30-00    25-107

STANDARD FORM 25 (REV. 5-96)
Prescribed by GSA -- FAR (48 CFR 53.228(c))

  **Chubb Surety**  POWER OF ATTORNEY

Federal Insurance Company
Vigilant Insurance Company
Pacific Indemnity Company

Attn.: Surety Department
15 Mountain View Road
Warren, NJ 07059

Know All by These Presents, That FEDERAL INSURANCE COMPANY, an Indiana corporation, VIGILANT INSURANCE COMPANY, a New York corporation, and PACIFIC INDEMNITY COMPANY, a Wisconsin corporation, do each hereby constitute and appoint James C. Pateidl, Janet L. Rehkop, Melissa D. Evans, Patrick T. Pribyl, Kevin D. Kalish, Diane Angers, Michael D. Whipps, Shelby L. Reck, Debra J. Scarbrough, Katherine D. Morin and Sharolyn L. Norman of Kansas City, Missouri————————————————————————————————

each as their true and lawful Attorney-in-Fact to execute under such designation in their names and to affix their corporate seals to and deliver for and on their behalf as surety thereon or otherwise, bonds and undertakings and other writings obligatory in the nature thereof (other than bail bonds) given or executed in the course of business, and any instruments amending or altering the same, and consents to the modification or alteration of any instrument referred to in said bonds or obligations.

In Witness Whereof, said FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY have each executed and attested these presents and affixed their corporate seals on this _12th_ day of _October, 1999_.

_____
Sheryl B. Roberts, Assistant Secretary

_____
Frank E. Robertson, Vice President

STATE OF NEW JERSEY } ss.
County of Somerset }

On this _12th_ day of _October, 1999_, before me, a Notary Public of New Jersey, personally came Sheryl B. Roberts, to me known to be Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY, the companies which executed the foregoing Power of Attorney, and the said Sheryl B. Roberts being by me duly sworn, did depose and say that she is Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY and knows the corporate seals thereof; that the seals affixed to the foregoing Power of Attorney are such corporate seals and were thereto affixed by authority of the By-Laws of said Companies; and that she signed said Power of Attorney as Assistant Secretary of said Companies by like authority; and that she is acquainted with Frank E. Robertson, and knows him to be Vice President of said Companies; and that the signature of Frank E. Robertson, subscribed to said Power of Attorney is in the genuine handwriting of Frank E. Robertson, and was thereto subscribed by authority of said By-Laws and in deponent's presence.

Notarial Seal:

JOANNE K. RUSSAK
Notary Public, State of New Jersey
No. 2214608
Commission Expires June 17, 2003

_____
Notary Public

## CERTIFICATION

Extract from the By-Laws of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY:

"All powers of attorney for and on behalf of the Company may and shall be executed in the name and on behalf of the Company, either by the Chairman or the President or a Vice President or an Assistant Vice President, jointly with the Secretary or an Assistant Secretary, under their respective designations. The signature of such officers may be engraved, printed or lithographed. The signature of each of the following officers: Chairman, President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary and the seal of the Company may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such power of attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached."

I, Sheryl B. Roberts, Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY (the "Companies") do hereby certify that

(i)   the foregoing extract of the By-Laws of the Companies is true and correct,
(ii)  the Companies are duly licensed and authorized to transact surety business in all 50 of the United States of America and the District of Columbia and are authorized by the U. S. Treasury Department; further, Federal and Vigilant are licensed in Puerto Rico and the U. S. Virgin Islands, and Federal is licensed in American Samoa, Guam, and each of the Provinces of Canada except Prince Edward Island; and
(iii) the foregoing Power of Attorney is true, correct and in full force and effect.

Given under my hand and seals of said Companies at Warren, NJ this _____ day of __SEP 29 2000__

  

_____
Sheryl B. Roberts, Assistant Secretary

IN THE EVENT YOU WISH TO NOTIFY US OF A CLAIM, VERIFY THE AUTHENTICITY OF THIS BOND OR NOTIFY US OF ANY OTHER MATTER, PLEASE CONTACT US AT ADDRESS LISTED ABOVE, OR BY

Telephone (908) 903-3485      Fax (908) 903-3656      e-mail: surety@chubb.com

15-10-0225A (Ed. 1-99) CONSENT

| Statement Date | Account No. |
|----------------|-------------|
| 07/05/01 | RIVBTX |

**Sunbelt Express Services Inc.**
PO Box 111
Harlingen, TX  78551

# STATEMENT OF ACCOUNT

Telephone   /  -

Bill To :

**RIVER CONSTRUCTION**
**RT.8,BOX 569-L**
**BROWNSVILLE, TX 78520**

Check No.    _____

Date Paid    _____

Amount       _____

| Transaction Date | Invoice No. | Description | Amount | Balance |
|------------------|-------------|-------------|--------|---------|
| 02/22/01 | 21585 | | 4729.76 | 658.09 |
| 02/23/01 | 91328 | | 4698.19 | 653.70 |
| 02/26/01 | 91303 | | 1526.69 | 212.42 |
| 02/26/01 | 91455 | Verbal | 287.91 | 40.07 |
| 02/27/01 | 91359 | | 6697.02 | 931.81 |
| 02/28/01 | 91292 | | 5938.88 | 3803.96 |
| 03/13/01 | 91686 | | 6008.02 | 6008.02 |
| 03/27/01 | 90959 | RIVER CONSTR | 277.56 | 277.56 |
| 05/03/01 | _RECEIPT | | -642.60 | -642.60 |

| Below  31 | Over 30 | Over 60 | Over 90 | Over120 | Total |
|-----------|---------|---------|---------|---------|-------|
| 0.00 | 0.00 | -642.60 | 6285.58 | 6300.05 | 11943.03 |

---

Please detach and return with payment

**RIVER CONSTRUCTION**
**RT.8,BOX 569-L**
**BROWNSVILLE, TX 78520**

| Amount Enclosed |
|-----------------|
|                 |

Remit To:

**Sunbelt Express Services Inc.**
**PO Box 111**
**Harlingen, TX  78551**

| Statement Date | Account No. | |
|----------------|-------------|---|
| 07/05/01 | RIVBTX | |
| Invoice No. | Balance | X |
| 21585 | 658.09 | |
| 91328 | 653.70 | |
| 91303 | 212.42 | |
| 91455 | 40.07 | |
| 91359 | 931.81 | |
| 91292 | 3803.96 | |
| 91686 | 6008.02 | |
| 90959 | 277.56 | |
| _RECEIPT | -642.60 | |

Customer Original