3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED
NOV 2 1 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA for the use of Sunbelt Express Services, Inc. | § § § | |
| VS. | § | CIVIL ACTION NO. B-01-154 |
| FEDERAL INSURANCE COMPANY | § § | |

TYPE OF CASE          __X__ CIVIL                                      ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING

**INITIAL PRETRIAL CONFERENCE**

PLACE

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME PREVIOUSLY SCHEDULED:

**NOVEMBER 21, 2001 AT 1:30 P.M.**

CONTINUED TO DATE AND TIME:

**DECEMBER 20, 2001 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S MAGISTRATE JUDGE

DATE:    NOVEMBER 20, 2001

TO:      MR. GENE McCULLOUGH