

# The State of Texas
## Secretary of State

United States District Court
Southern District of Texas
FILED

DEC 0 3 2001

Michael N. Milby
Clerk of Court

2002-055688-1

C A B-01-154

I, the undersigned, as Assistant Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons In A Civil Action in the cause styled:

    United States of America for The USE of Sunbelt Express Servicing Inc
    VS Federal Insurance Company
    United States District Court for the Southern District of Texas
    B01154

was received by this office on November 5, 2001, and that a copy was forwarded on November 8, 2001, by CERTIFIED MAIL, return receipt requested to:

    Federal Insurance Company
    15 Mountain View Road
    P O Box 1615
    Warren, NJ 07061-1615

The RETURN RECEIPT was received in this office dated November 14, 2001, bearing the Signature Of Addressee's Agent.

Date issued: November 20, 2001



Geoffrey S. Connor
Assistant Secretary of State

ST\hel



# The State of Texas



| | | |
|---|---|---|
| Citations Unit<br>P.O. Box 12079<br>Austin, Texas 78711-2079 | | Phone: 512-463-5560<br>Fax: 512-463-6616<br>TTY (800) 735-2989<br>www.sos.state.tx.us |

## Secretary of State

November 20, 2001

Gene McCullough
Attorney at Law
323 E Jackson Street
P O Box 2244
Harlingen, TX 78551-2244

**2002-055688**
**Include reference number in all correspondence**

RE: United States of America for The USE of Sunbelt Express Servicing Inc VS Federal Insurance Company
United States District Court for the Southern District of Texas
Cause No: B01154

Dear Sir/Madam:

Please find enclosed your Certificate(s) of Service for the case styled above.

If this office may be of further assistance to you, please do not hesitate to contact us.

Sincerely,

Louis S. Villarreal
Citations Unit

Enclosure

RECEIVED NOV 26 2001 BY: