6

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

## ORDER

DEC 1 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA for the use of Sunbelt Express Services, Inc. | § § § | |
| VS. | § | CIVIL ACTION NO. B-01-154 |
| FEDERAL INSURANCE COMPANY | § § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**TELEPHONIC INITIAL PRETRIAL CONFERENCE**

| PLACE | ROOM NO |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE 600 E. HARRISON STREET BROWNSVILLE, TEXAS** | **SECOND FLOOR COURTROOM, #2** |
| DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
| **DECEMBER 20, 2001 AT 2:00 P.M.** | **JANUARY 16, 2002 AT 2:00 P.M.** |

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   DECEMBER 18, 2001

TO:   MR. GENE McCULLOUGH
      MR. MATTHEW SULLIVAN