7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 6 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| for the use of Sunbelt Express § | |
| Services, Inc. § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. B-01-154 |
| § | |
| FEDERAL INSURANCE COMPANY § | |

## MOTION TO DISMISS

TO THE HONORABLE U.S. DISTRICT JUDGE OF SAID COURT:

Comes Now, UNITED STATES OF AMERICA, for the use of Sunbelt Express Services, Inc., Plaintiff, and moves this Court for an order dismissing their lawsuit against Defendant, FEDERAL INSURANCE COMPANY, without prejudice, and support thereof shows:

Plaintiff no longer desires to prosecute their suit against Defendant, FEDERAL INSURANCE COMPANY, and moves this Court to dismiss this cause without prejudice to Plaintiff's right to re-file same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, UNITED STATES OF AMERICA for the use of Sunbelt Express Services, Inc., requests this Court to enter an order dismissing their claim without prejudice, with costs to be paid by the party incurring same.

Respectfully submitted,

MCCULLOUGH AND MCCULLOUGH
P.O. BOX 2244
HARLINGEN, TEXAS 78551-2244
TEL.NO.: (956)423-1234
FAX NO.: (956)423-4976

_____
Gene McCullough
State Bar No.: 00794267

## CERTIFICATE OF SERVICE

I, GENE MCCULLOUGH, certify that a true and correct copy of the foregoing Motion for Dismissal Without Prejudice has been on this 16 day of January, 2002 delivered to all counsel of record as follows:

<u>Via CMRRR #7001 2510 0004 2065 8878 and Facsimile</u>:

Matthew J. Sullivan
Haynes and Boone, LLP
1600 One American Center
600 Congress Avenue
Austin, Texas 78701
Telephone: (512) 867-8400
Telecopier: (512) 867-8470

_____
Gene McCullough

## CERTIFICATE OF CONFERENCE

The undersigned attorney certifies he has conferred with Attorney, Matthew J. Sullivan and he has indicated that he agrees with and is in favor of the Motion.

_____
Gene McCullough

**AGREED TO**:

Mr. Gene McCullough
McCullough and McCullough
P.O. Box 2244
Harlingen, Texas 78551-2244
Tel. No.: (956) 423-1234
Fax No.: (956) 423-4976

_____
Gene McCullough
State Bar No.: 00794267
**ATTORNEY FOR PLAINTIFF**

Mr. Matthew J. Sullivan
Haynes and Boone, LLP
1600 One American Center
600 Congress Avenue
Austin, Texas 78701
Tel. No.: (512) 867-8400
Fax No.: (512) 867-8470

_____
Matthew J. Sullivan
State Bar No.: 19488325
**ATTORNEY FOR DEFENDANT**

j

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| for the use of Sunbelt Express | § | |
| Services, Inc. | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-154 |
| | § | |
| FEDERAL INSURANCE COMPANY | § | |

## ORDER GRANTING DISMISSAL

On this the ___ day of January, 2002, came on to be heard the Plaintiff's Motion for Dismissal. The Court, after having reviewed the fact that Plaintiff no longer desires to prosecute this action against Defendant, FEDERAL INSURANCE COMPANY, is of the opinion and does hereby order that this matter be dismissed without prejudice regarding any cause of action which the Plaintiff has against Defendant, FEDERAL INSURANCE COMPANY, as a result of the incident set forth in the Plaintiff's action.

IT IS **THEREFORE, ORDERED, ADJUDGED AND DECREED** that this matter be dismissed without prejudice as to Defendant, FEDERAL INSURANCE COMPANY, costs to be taxed against the party incurring same.

**SIGNED** this ___ day of January, 2002.

_____
U.S. DISTRICT JUDGE