8

United States District Court
Southern District of Texas
ENTERED

JAN 2 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA for the use of Sunbelt Express Services, Inc. Plaintiff, | § § § § § | |
| VS. | § | CIVIL ACTION NO. B-01-154 |
| FEDERAL INSURANCE COMPANY | § § | |

ORDER GRANTING DISMISSAL

On this the 22nd day of January, 2002, came on to be heard the Plaintiff's Motion for Dismissal. The Court, after having reviewed the fact that Plaintiff no longer desires to prosecute this action against Defendant, FEDERAL INSURANCE COMPANY, is of the opinion and does hereby order that this matter be dismissed without prejudice regarding any cause of action which the Plaintiff has against Defendant, FEDERAL INSURANCE COMPANY, as a result of the incident set forth in the Plaintiff's action.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that this matter be dismissed without prejudice as to Defendant, FEDERAL INSURANCE COMPANY, costs to be taxed against the party incurring same.

SIGNED this 22nd day of January, 2002.

_____
U.S. DISTRICT JUDGE